JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.A., a minor, by her Mother, M.N., and M.N. individually<br><br>Plaintiff,<br><br>vs.<br><br>Oxford Preparatory Academy<br><br>Defendant. | CASE NO.:  SACV13-635 JVS (ANx)<br><br>(Assigned to: District Judge James V. Selna, Santa Ana Federal Court, Dept. 10C )<br><br>**ORDER APPROVING SETTLEMENT OF MINOR'S CLAIM**<br><br>Date:  Monday, January 12, 2015<br>Time: 1:30 p.m.<br><br>Pre-Trial Conference: 10/06/14<br>Trial Date:             10/28/14<br>Complaint filed:      04/24/13 |

    IT IS HEREBY ORDERED that Plaintiff's Petition for Approval of Settlement of Minor's Claim is granted.  The Court makes the following orders:

1. The settlement agreement attached as Exhibit B to the Declaration of Jennifer Campbell ("Settlement Agreement") in this matter is approved.
2. Defendants shall pay to Special Education Law Firm within 21 days of this order the sum of $32,000 in attorneys' fees.
3. Defendants shall pay to Plaintiff M.N. within 21 days the sum of $19,200.
4. Defendants shall pay to Plaintiff F.A. the sum of $28,800, and shall deliver said payment to F.A.'s guardian ad litem, M.N. within 21 days of the date of this order;
5. M.N. shall deposit F.A.'s funds received from Defendant into a blocked account in F.A.'s name within 7 days of the receipt of the funds, with such funds to be utilized for the care and education of F.A., and funds shall be released only by Order of this Court.

Dated: January 09, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE